UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,
    Plaintiff,

v.

Andrew Harris,
    Defendant.

Case No. 2:18cr204(5)
Judge Michael H. Watson

**CRIMINAL SENTENCING MINUTES**
before
**Judge Michael H. Watson**

Courtroom Deputy: **Jennifer Kacsor**
Court Reporter: **Lahana DuFour**
Date: **October 8, 2019**   Time: Commenced 1:30 Concluded 1:50 Total 20 mins.

United States Attorney: **Noath Litton**   Defendant's Attorney: **Phil Templeton**

✓ Dft plead to Count(s) 2 of Indictment - Information
___ Motion filed by USAO to dismiss Count(s) ___ of Indictment

**Procedure:**

✓ Sentencing
___ Deft Sworn
___ Supervised Release Violation hearing held.
✓ PSI reviewed by the parties.
✓ No Objections   ___ Objections   ___ Plaintiff   ___ Defendant
✓ Considered for sentencing (___ letter(s) from _____; ___ sentencing memo from _____; ___ other _____
___ Motion filed by USA for downward departure. ___ Side bar held. ___ Court ordered in open Court _____
✓ Informed of Defendant's Right to Appeal
___ Clerk to Prepare Appeal Notice

**Sentencing:**

✓ Defendant sentenced.
___ Probation ___ Years
✓ Custody 60 Months (remanded/vol sur.)
✓ Supervised Release 4 Years ( Mo.)
✓ Standard/Special Conditions of Sup'd Rel/Probation

___ Fine $___ (interest waived)
✓ Special Assessment $ 100.00
___ Restitution $___
___ Forfeiture (see J&C)
___ See J&C for Special Instructions re: payment
___ Denial of Benefits (see J&C)

| ✓ No firearms, etc & Collect in DNA | ___ Home Confinement (___ Months) | ___ No access to computer online service | ___ Turn over financial info to USPO |
|---|---|---|---|
| ___ No new lines of credit | ___ Register as a sex offender | ___ Credit counseling | ___ Obtain GED |
| ___ Community Service (___ months) | ___ No alcohol | ✓ Mental Health Treatment | ✓ drug testing and treatment |
| ___ IFRP  ✓ Vocational | ✓ 500 Hour Residential Drug Treatment Program | ___ Non-Residential Drug Treatment Program | ✓ Court to recommend facility near COLS OH |